IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M. CASEY,**
**D.O.C. # 139647,**

    *Plaintiff,*

v.                                            Case No.: 4:24cv341-MW/MAF

**FLORIDA DEPARTMENT OF**
**CORRECTIONS,**

    *Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections, ECF No. 5. Notwithstanding Plaintiff's objections, this Court agrees with the Magistrate Judge's conclusion that, considering Plaintiff's complaint as a whole, the majority of Plaintiff's factual allegations do not demonstrate that he is presently under imminent danger of serious physical injury from the Defendant's allegedly unconstitutional conduct such that he may proceed without paying the filing fee. Instead, Plaintiff's factual allegations demonstrate that while he has experienced ongoing health conditions, he has also received care for these conditions, including an X-ray, prescription medication, an EKG, etc. Rather than claim a complete denial of treatment since 2014, Plaintiff's argument lies with the level of care he has

received over the years. As for the only allegation that arguably rises to the level of imminent harm—Plaintiff's alleged heart attack and subsequent denial of care in August 2024—it is clear on the face of the complaint that Plaintiff failed to exhaust his administrative remedies with respect to this claim and dismissal is appropriate.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 4, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED** because Plaintiff has not alleged sufficient facts to show imminent danger, some of his claims are barred pursuant to 42 U.S.C. § 1997e(a) and others are "malicious" because they have been previously dismissed. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED**." The Clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g). The Clerk shall close the file.

**SO ORDERED on September 18, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**